```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 37352
    ROSALIND M LANIER
                                            CHAPTER 13

                                            JUDGE: JACQUELINE P COX

         Debtor
    SSN XXX-XX-8151


--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 09/14/2005 and was confirmed 12/12/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/26/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
--------------------------------------------------------------------------------
ACTION CARD MASTERCARD C  UNSEC W/INTER    1070.43           83.99       1070.43
CAPITAL ONE               UNSEC W/INTER    1059.10           83.08       1059.10
CARSON PIRIE SCOTT        UNSEC W/INTER  NOT FILED             .00            .00
RESURGENT CAPITAL SERVIC  UNSEC W/INTER     853.62           54.17        853.62
ECAST SETTLEMENT CORP     UNSEC W/INTER     358.59           28.19        358.59
FIRST CONSUMERS NB        UNSEC W/INTER     775.76           60.85        775.76
PREMIER BANCARD CHARTER   UNSEC W/INTER     510.45           40.11        510.45
MARSHALL FIELD            UNSEC W/INTER  NOT FILED             .00            .00
MERRICK BANK              UNSEC W/INTER    2224.13          174.36       2224.13
ECAST SETTLEMENT CORP     UNSEC W/INTER     520.62           40.91        520.62
SEARS CARD                UNSEC W/INTER  NOT FILED             .00            .00
SPIEGEL                   UNSEC W/INTER  NOT FILED             .00            .00
TARGET NATIONAL BANK      UNSEC W/INTER     409.30           32.20        409.30
ECAST SETTLEMENT CORP     UNSEC W/INTER    1111.83           87.14       1111.83
ROUNDUP FUNDING LLC       UNSEC W/INTER     163.84           13.49        163.84
CAPITAL ONE               UNSEC W/INTER     618.60           48.59        618.60
CAPITAL ONE               UNSEC W/INTER     471.86           37.11        471.86
CAPITAL ONE               UNSEC W/INTER    1041.58           81.69       1041.58
ACTION CARD VISA PLATINU  UNSEC W/INTER     853.97           66.99        853.97
ZALUTSKY & PINSKI LTD     DEBTOR ATTY      2,094.00                      2,094.00
TOM VAUGHN                TRUSTEE                                          898.67
DEBTOR REFUND             REFUND                                           535.76

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE            16,504.98

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    12,043.68
```

                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 37352 ROSALIND M LANIER

```
    INTEREST                                                    932.87
ADMINISTRATIVE                                                2,094.00
TRUSTEE COMPENSATION                                            898.67
DEBTOR REFUND                                                   535.76
                                      ----------------   ----------------
TOTALS                                      16,504.98          16,504.98
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                      /s/ Tom Vaughn
    Dated: 05/27/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```